# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON DAVID LANDRY

NO. 2023 KW 0104

**MARCH 13, 2023**

---

In Re:    Jason David Landry, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 603835.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.S~

---
DEPUTY CLERK OF COURT
FOR THE COURT